UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQUELYN DAVIS-GRAY, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>RITE AID HEADQUARTERS CORPORATION, et al.,<br><br>                Defendants. | Case No. C23-0189-SKV<br><br>ORDER STATISTICALLY TERMINATING CASE |

This matter comes before the Court on Defendants' Notice of Permanent Injunction and Discharge, Dkt. 37, and Plaintiffs' Response to Defendants' Request to Close Case, Dkt. 38. Defendants assert and Plaintiffs agree that the Court properly enters a statistical termination of this case due to the recent entry of the Order Approving the Disclosure Statement For, and Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Rite Aid Corporation and Its Debtor Affiliates by the United States Bankruptcy Court for the District of New Jersey (Bankruptcy Court). *See* Dkts. 37-38. Accordingly, the Clerk of Court is herein directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall submit a joint status report within **fourteen (14) days** of the resolution of any underlying claim or cause of

ORDER STATISTICALLY TERMINATING CASE
- 1

action in this matter by the Bankruptcy Court, or within **270 days** from the date of this Order if there has been no resolution by that time.  The Clerk is further directed to send copies of this Order to the parties.

        Dated this 3rd day of December, 2024.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge